KENDALL S. STONE, ESQ.
Nevada bar No. 15337
PITARO & FUMO, CHTD.
601 LAS VEGAS BOULEVARD, SOUTH
LAS VEGAS, NEVADA 89101
Phone: 702.474.7554 Fax: 702-474-4210
Email: kristine@fumolaw.com
Attorney for Defendant
REY MUNOZ-AMBROCIO

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>REY MUNOZ-AMBROCIO, )<br>)<br>)<br>Defendant. )<br>_____ ) | 2:21-CR-00058-~~JAD~~-EJY [1]<br><br>STIPULATION AND ORDER TO CONTINUE SENTENCING<br><br>(First Request) |

IT IS HEREBY STIPULATED by and between REY MUNOZ-AMBROCIO, Defendant, by and through his counsel KENDALL S. STONE, ESQ. and MELANEE SMITH, Assistant United States Attorney, that sentencing in the above-captioned matter currently scheduled for September 29, 2022 at the hour of 9:30 a.m., be vacated and continued no earlier than after 30 days or to a date and time to be set by this Honorable Court.  This is the first request for continuance of Mr. Munoz-Ambrocio's sentencing date.

This Stipulation is entered into for the following reasons:

1. Counsel has spoken with the Defendant and he has no objection to the continuance.

2. The parties agree to the continuance.

3. Defendant is in custody in Pahrump.

4. Counsel needs additional time to adequately prepare for sentencing with Defendant .

-1-

Pursuant to ECF No. 145, this case was reassigned to Judge Cristina D. Silva. All documents must bear the correct case number **2:21-cr-00058-CDS-EJY**.

5. Additionally, denial of this request for continuance would result in a miscarriage of justice.

6. This is the first request to continue the sentencing.

7. The additional time requested herein is not sought for purposes of delay.

8. For the above-stated reason, the ends of justice would best be served by a continuance of the Sentencing date.

DATED this 19th day of September 2022.

| | |
|---|---|
| PITARO & FUMO, CHTD. | JASON FRIERSON<br>UNITED STATES ATTORNEY |
| /s/<br>KENDALL S. STONE, ESQ.<br>601 LAS VEGAS BOULEVARD, SOUTH<br>LAS VEGAS, NEVADA 89101<br>ATTORNEYS FOR DEFENDANT<br>REY MUNOZ-AMBROCIO | /s/<br>MELANEE SMITH, ESQ.<br>ASSISTANT UNITED STATES ATTORNEY<br>LAS VEGAS, NEVADA 89101 |

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
* * *

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:21-CR-00058-~~JAD~~-EJY (CDS) |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER GRANTING STIPULATION |
| v. | ) | TO CONTINUE SENTENCING |
| | ) | (ECF No. 58) |
| REY MUNOZ-AMBROCIO, | ) | |
| | ) | |
| Defendant. | ) | |

This matter coming on the parties' Stipulation to Continue Sentencing, the Court having considered the premises therein, and good cause showing, the Court accepts the Stipulation of the parties and finds as follows:

1. Counsel has spoken with the Defendant and he has no objection to the continuance.

2. The parties agree to the continuance.

3. Defendant is in custody in Pahrump.

4. Counsel needs additional time to adequately prepare for sentencing with Defendant .

5. Additionally, denial of this request for continuance would result in a miscarriage of justice.

6. This is the first request to continue the sentencing.

7. The additional time requested herein is not sought for purposes of delay.

8. For the above-stated reason, the ends of justice would best be served by a continuance of the Sentencing date.

///

**IT IS THEREFORE ORDERED** that SENTENCING currently scheduled for September 29, 2022 at the hour of 9:30 a.m., be vacated and continued to this <u>3rd</u> day of <u>November</u>, 2022, at the hour of <u>10:00 a.m.</u> in Courtroom 6B.

DATED this 21st of September, 2022.

_____
U.S. DISTRICT JUDGE